ANDREW BROWN v. C. M. BRISTOW, INC., and Others, Impleaded with STANDARD OIL COMPANY OF NEW YORK, INC., and R. E. BROOKS COMPANY.— Motion for leave to appeal to the Court of Appeals or for a reargument and for a stay denied, with ten dollars costs. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

PAUL J. MORANTI, INC., v. THE CITY OF NEW YORK.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., Merrell, O'Malley, Glennon and Untermyer, JJ.

WASHINGTON TRADING CORPORATION v. CORNELL FABRICS, INC., Impleaded, etc.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

In the Matter of the Application of OKLA JAMES JONES for a Mandamus Order against AUSTIN H. MACCORMIC, Commissioner of the Department of Correction of the City of New York.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

MARY S. LIVINGSTON v. CECIL BARRET and Others.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Motion for a stay granted until the granting or final refusal by the Court of Appeals of leave to appeal, upon appellants' filing the undertaking required by section 593 of the Civil Practice Act. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

JOSEPH A. BRODERICK, as Superintendent of Banks of the State of New York, v. MAX AARON and Others, Impleaded with SAMUEL UNGERLEIDER and Others, and THOMAS CAPEK, SR., and Another.— Motion for a reargument or for leave to appeal to the Court of Appeals denied, with ten dollars costs. Motion for a stay granted pending the granting or final refusal by the Court of Appeals of leave to appeal, upon appellants' filing the undertaking required by section 593 of the Civil Practice Act. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

In the Matter of the Application of FRANK REDA and Others against THOMAS W. HAMMOND, Chairman of the Sanitation Commission of the Department of Sanitation of the City of New York.— Motion for leave to appeal to the Court of Appeals and for a stay denied, with ten dollars costs. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Untermyer, JJ.

ELLIOTT HOSIERY COMPANY, INC., v. ATLANTIC MOTOR FREIGHT COMPANY, INC.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., Merrell, McAvoy, Glennon and Untermyer, JJ.

DENNIS GABRIEL WILLIAMS and Another v. BLOOMINGDALE BROS., INC.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Untermyer, JJ.

ALBERENE STONE COMPANY v. GRINNELL COMPANY, INC., Impleaded with THE BOARD OF EDUCATION OF THE CITY OF NEW YORK and Others.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., Merrell, McAvoy, Glennon and Untermyer, JJ.

ENID STEWART JAGOE v. BAIRD-DANIELS COMPANY, INC., and Others.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten

dollars costs. Present — Martin, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

In the Matter of the Application of THE PEOPLE OF THE STATE OF NEW YORK, by GEORGE S. VAN SCHAICK, Superintendent of Insurance of the State of New York, for an Order to Take Possession of and Liquidate the Business of CONSOLIDATED INDEMNITY AND INSURANCE COMPANY. VEHICLE UNDERWRITING AGENCY, INC., and Another.— Motion for leave to appeal to the Court of Appeals or for a reargument and for a stay denied, with ten dollars costs. Present — Martin, P. J., Merrell, O'Malley, Townley and Untermyer, JJ.'

In the Matter of the Application of THE PEOPLE OF THE STATE OF NEW YORK, by GEORGE S. VAN SCHAICK, Superintendent of Insurance of the State of New York, for an Order to Take Possession of and Liquidate the Business of CONSOLIDATED INDEMNITY AND INSURANCE COMPANY. VEHICLE UNDERWRITING AGENCY, INC., and LAWRENCE MALAWISTA.— Motion for leave to appeal to the Court of Appeals or for a reargument and for a stay denied, with ten dollars costs. Present — Martin, P. J., Merrell, O'Malley, Townley and Untermyer, JJ.

ELAINE ROBERTS v. BEAUX-ARTS APARTMENTS, INC.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., Merrell, McAvoy, Glennon and Untermyer, JJ.

JOSEPH A. BRODERICK, as Superintendent of Banks of the State of New York, v. MAX AARON and Others, Impleaded with ABE KESSLER and Others.— Motion for leave to appeal to the Court of Appeals granted; questions certified. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ. [See 243 App. Div. 594.]

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ISIDORE COHEN, Appellant.— Judgment and orders affirmed. No opinion. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Untermyer, JJ.; Merrell, J., dissents.

DANIEL HINES, Appellant, v. SAUDA CORPORATION and Others, Respondents.— Judgment affirmed, with costs. No opinion. Present — Martin, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

ETHEL BUTTERWORTH, Also Known as Mrs. CHARLES BUTTERWORTH, Respondent, v. THE HOME INSURANCE COMPANY, Appellant.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Untermyer, JJ.; Merrell, J., dissents.

CITY BANK FARMERS TRUST COMPANY (Formerly Known as THE FARMERS' LOAN AND TRUST COMPANY), Respondent, v. 170 BROADWAY HOLDING CORPORATION (Formerly Known as 2–4 MAIDEN LANE CORPORATION) and Others, Defendants, Impleaded with JOHN W. REMER, as Trustee in Bankruptcy of CORNER BROADWAY-MAIDEN LANE, INC., Appellant.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Untermyer, JJ.

ALFRED RAUSCH, Appellant, v. YELLOW TAXI CORPORATION, Respondent.— Judgment affirmed, with costs. No opinion. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Untermyer, JJ.; Merrell, J., dissents and votes for reversal.

ANNA K. HANSEN, as Administratrix, etc., of HANS HANSEN, Deceased, Respondent, v. GEORGE COLON & COMPANY and Another, Appellants, Respondents, and Another, Defendant.— Judgment and order affirmed, with costs to the plaintiff against the defendants George Colon & Company and The Stone & Webster Building, Inc. No opinion. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Untermyer, JJ.